

300 Delaware Avenue • Suite 200 • Wilmington, Delaware 19801
Tel: (302) 472.7300 • Fax: (302) 472.7320 • www.hegh.law

Direct Dial:   (302) 472-7315
Email:   shirzel@hegh.law

May 12, 2023

**BY ELECTRONIC FILING**
The Honorable Leonard P. Stark
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, Delaware 19801

    Re:    *Contrarian Capital Management, L.L.C., et al., v. Bolivarian Republic of Venezuela*, Case Nos. 1:21-mc-0018-LPS, 1:22-mc-0131-LPS, 1:22-mc-0263-LPS: Proposed Intervenor's Response to Plaintiff's Letter, dated May 11, 2023

Dear Judge Stark:

    We write as counsel for Proposed Intervenor Petróleos de Venezuela, S.A. ("PDVSA") in response to the letter filed by Plaintiffs in the above-referenced actions on May 11, 2023.  D.I. 10, 1:22-mc-0263-LPS.  On May 11, 2023, PDVSA filed an unopposed motion to intervene.  D.I. 12, 1:22-mc-0263-LPS.  PDVSA wishes to inform the Court that the parties are presently in discussion regarding an agreement on a briefing schedule on Plaintiffs' motions for writs of attachment.

                            Respectfully submitted,

                              */s/ Samuel T. Hirzel, II*

                              Samuel T. Hirzel, II (#4415)
                              *Counsel for Petróleos de Venezuela, S.A.*

cc:    All Counsel of Record (via e-filing)